AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00445 |
| MATTHEW BAGGOTT | ) Assigned to: Judge Faruqui, Zia M. |
| | ) Assign Date: 5/24/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MATTHEW BAGGOTT,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in Restricted Building or Grounds / Impeding Official Business;
and 40 U.S.C. § 5104(e)(2)(D), (E), and (F) - Violent Entry or Disorderly Conduct on Capitol Grounds.

Date:   05/24/2021

2021.05.24
21:05:41 -04'00'
*Issuing officer's signature*

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/24/2021, and the person was arrested on *(date)* 5/30/2021
at *(city and state)* Murfreesboro, TN.

Date: 6/1/2021

*Arresting officer's signature*

Chris Potts, FBI SA
*Printed name and title*